# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| WESTERN EXPRESS, INC.; MHT GROUP, INC.; and CHURCH TRANSPORTATION & LOGISTICS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COLTON AHMAD CATHEY, Individually and d/b/a CAC OPERATIONS, LLC; CAC OPERATIONS, LLC, d/b/a A-1's XCLUSIVE AUTO AXA, LLC; A-1's TOWING & HAULING, LLC; A1's XCLUSIVE AUTO; A1'S CAR HAULING, LLC; A-1's HOUSE; A-1's APLEX MEMPHIS, and ACORD SECURITY; S-LINE, LLC, d/b/a S-LINE TRUCK PARKING; and JOHN DOES 1-10, <br><br> Defendants. | No. 2:24-cv-02139-SHL-atc |

## ORDER REQUIRING NOTICE OF MEDIATOR

The Scheduling Order in this case required the Parties to select a Mediator by June 7, 2024.  (ECF No. 25).  However, the Parties have yet to file a stipulation setting forth their agreed-upon mediator.  Thus, pursuant to the stipulation filing date as stated in the Scheduling Order, the Parties are hereby **ORDERED** to file their stipulation regarding the selection of a Mediator within seven days of the entry of this Order.

**IT IS SO ORDERED,** this 26th day of June, 2024.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE