## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

| | | |
|---|---|---|
| WESTERN EXPRESS, INC., MHT GROUP, INC., And CHURCH TRANSPORTATION & LOGISTICS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:24-cv-2139 |
| vs. | ) ) ) | JURY DEMANDED |
| COLTON AHMAD CATHEY, Individually and d/b/a CAC OPERATIONS, LLC and/or A-TICKET, LLC; CAC OPERATIONS, LLC, d/b/a A-1'S XCLUSIVE AUTO, AXA, LLC, A-1'S TOWING & HAULING, LLC, A1'S XCLUSIVE AUTO, A1'S CAR HAULING, LLC, A-1'S HOUSE, A-1'S APLEX MEMPHIS, ACORD SECURITY, APLEX HIRE, A1'S XCLUSIVE ARTS, OBP, A1'S NICE COPPS, OMEN TECH, A1'S OMEN TECH, THE GOLD ARMY, A1'S XCLUSIVE PARTS and/or A-TICKET, LLC; A-TICKET, LLC; S-LINE, LLC, Individually and d/b/a S-LINE TRUCK PARKING and/or SECURE PARKING; SHEREA MITCHELL, Individually and d/b/a S-LINE, LLC; DARIUS A. O'NEAL, Individually and d/b/a S-LINE, LLC; TIERRA OWENS; and JOHN DOES 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT NOTICE OF SETTLEMENT

The parties to this litigation hereby provide joint notice and report to this Honorable Court that all claims in this matter have been resolved and settled. The parties are in the process of preparing the release, permanent injunction, finalizing necessary paperwork, and confirming certain other ancillary matters and intend to timely submit a Notice or Stipulation of Dismissal with the Court within the next thirty (30) days.

Respectfully submitted,



ROBERT A. COX (#14279)
RONNA D. KINSELLA (#24549)
Glassman, Wyatt, Tuttle & Cox P.C.
26 North Second Street
Memphis, TN  38103
P: (901) 527-4673
F: (901) 521-0940
rcox@gwtclaw.com
rkinsella@gwtclaw.com
Counsel for Plaintiffs
GWTC File No. 24-053

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 19th day of March, 2026, a copy of the foregoing has been filed via the Court's ECF system, which provided notice to the following counsel of record in this cause:

Darrell J. OéNeal (TN # 02097)
2129 Winchester Rd
Memphis, TN 38116
T: (901) 345-8009
domemphislaw@darrelloneal.com
Attorney for S-Line Defendant

Charles M. Weirich, Jr. (TN # 014522)
2670 Union Ave. Extd., Ste. 503
Memphis, TN 38112
T: (901) 410-4494
cweirich@ortalekelley.com
Attorney for CAC & Cathey Defendants

Addie M. Burks (TN # 11805)
PO Box 3675
Memphis, TN 38173
T: (901) 292-8197
addieburks@aol.com
Attorney for A-Ticket, LLC


/s/ Robert A. Cox
ROBERT A. COX