## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

| | |
|---|---|
| WESTERN EXPRESS, INC., MHT GROUP, INC., And CHURCH TRANSPORTATION & LOGISTICS, INC., | ) ) ) |
| | ) |
| Plaintiffs, | )     Case No. 2:24-cv-2139 |
| | ) |
| vs. | )     **JURY DEMANDED** |
| | ) |
| COLTON AHMAD CATHEY, Individually and d/b/a CAC OPERATIONS, LLC and/or A-TICKET, LLC; CAC OPERATIONS, LLC, d/b/a A-1'S XCLUSIVE AUTO, AXA, LLC, A-1'S TOWING & HAULING, LLC, A1'S XCLUSIVE AUTO, A1'S CAR HAULING, LLC, A-1'S HOUSE, A-1'S APLEX MEMPHIS, ACORD SECURITY, APLEX HIRE, A1'S XCLUSIVE ARTS, OBP, A1'S NICE COPPS, OMEN TECH, A1'S OMEN TECH, THE GOLD ARMY, A1'S XCLUSIVE PARTS and/or A-TICKET, LLC; A-TICKET, LLC; S-LINE, LLC, Individually and d/b/a S-LINE TRUCK PARKING and/or SECURE PARKING; SHEREA MITCHELL, Individually and d/b/a S-LINE, LLC; DARIUS A. O'NEAL, Individually and d/b/a S-LINE, LLC; TIERRA OWENS; and JOHN DOES 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF PERMANENT INJUNCTION

Pursuant to the agreement of the parties in this action, Defendants Colton Ahmad Cathey, CAC Operations, LLC, A-Ticket, LLC, S-Line, LLC, as well as any alias, assumed name, subsidiary, or d/b/a thereof, their employees, agents, representatives, contractors, and any other person or entity having a beneficial interest therein, whether directly or indirectly, are hereby PERMANENTLY ENJOINED from ticketing, booting, towing, driving, storing, or otherwise touching

any tractor, trailer, or equipment which is owned or operated by or on behalf of any named Plaintiff to this litigation or their affiliated entities/subsidiaries, to include Church Transportation & Logistics, Inc., Western Express, Inc., MHT Group, Inc., New Horizons Leasing, Inc., Four Ways Logistics, Inc., Scott Cartage Co., Four Ways Logistics, II Inc., and Truckzilla, Inc. (hereinafter referred to as the èNo Touch Provisionê), except as explicitly provided below.

Within not more than thirty (30) days from the entry of this Permanent Injunction, Defendants shall provide to the Plaintiffs a complete list of all locations operated or utilized by S-Line, LLC and serviced by any Defendant or its subsidiaries. Such list shall include a description of the location, to include: (1) the name of the business(es) at said location; (2) the specific address of the location operated, utilized or serviced by the Defendant(s); (3) the effective date(s) of the Defendant(s)êcontract for services at each address/location, and (4) photograph(s) of the specific location and signage of the Defendant(s) present at each location. Within the same time period, Defendants shall also provide to the Plaintiffs a list of any property contracted for services with any Defendant that is not operated or utilized by S-Line, LLC. This second list shall also include a description of the location, to include: (1) the name of the business(es) at said location; (2) the specific address of the location operated, utilized or serviced by the Defendant(s); (3) the effective date(s) of the Defendant(s)êcontract for services at each address/location, and (4) photograph(s) of the specific location and signage of the Defendant(s) present at each location. No enforcement action may be taken against any of the

Plaintiffs or their affiliated entities/subsidiaries on any service location which is not identified by the Defendants as set forth above.

Defendants shall provide to the Plaintiffs written notice of any revisions to Defendants' contracts for any extension of existing service locations as well as any new contracts for new or additional service locations. For new service locations, such notice shall include: (1) the name of the business(es) at said location; (2) the specific address of the location operated, utilized or serviced by the Defendant(s); (3) the effective date(s) of the Defendant(s)' contract for services at each address/location, and (4) photograph(s) of the specific location and signage of the Defendant(s) present at each location. No enforcement action of any kind may be taken by any of the Defendants against any of the Plaintiffs or their affiliated entities/subsidiaries for any purported parking violation at any new service location until after the conclusion of fourteen (14) calendar days following receipt of the Defendants' written notice.

Plaintiffs shall make efforts to refrain from entering properties identified by the Defendants as set forth above. In the event any vehicle, trailer or other equipment owned or operated by or on behalf of any Plaintiff does enter upon a property identified by the Defendants as described above, the "No Touch Provision" shall nevertheless remain in effect, and Defendants' exclusive remedy shall be limited to no more than Two Hundred Fifty Dollars ($250.00) per incident, per 24-hour period.

As an exception to the èNo Touchê provisions of the above described Permanent Injunction, in the event that Plaintiffsévehicle is parked in a hazard zone (fire lane or handicap designated parking area), said vehicle may be towed at the expense of the violating Plaintiff. Said expense is capped at $960.00 per tow and storage fees capped at $30 per day which shall not accrue until 7 business days have passed. Additionally, said èNo Touchê provisions will only apply to properties owned or operated by Defendants and serviced by S-Line, LLC as designated pursuant to the provisions set out hereinabove. It shall be the Defendantséburden to demonstrate any purported violations by the Plaintiffs, Plaintiffsé vehicles or equipment by means of objective proof in the form of: (1) a picture or video of the vehicle and specific location; (2) a picture of the vehicle/equipment license tag or other identifying information; and (3) time-stamped geolocation data evidencing the time the vehicle/equipment was alleged to have remained at such location. Defendants shall produce their objective proof of any claimed violation by the offending Plaintiff, along with an itemized, written invoice for payment, to a designated email address to be agreed by the parties. Defendants shall not interact, interfere, or otherwise communicate with Plaintiffsé drivers related to any enforcement proceeding or demand for payment; all communications with the Plaintiffs shall be through the designated email address. No invoice shall be submitted to any Plaintiff for charges in excess of those explicitly set forth herein or without the objective proof of the purported violation as set out above. Invoices submitted by the Defendants are due to be paid by the offending Plaintiff within

thirty (30) days from the date of receipt, but in no event shall be due less than fifteen (15) days before a second invoice/notice is submitted by the Defendants to the same agreed email address.

Defendant A-Ticket, LLC agrees to further dismiss at its cost any pending matter in Shelby County General Sessions Court that has been asserted against any Plaintiff, with such dismissal to be with prejudice and entered by A-Ticket not more than thirty (30) days from the entry of this Permanent Injunction.

If the above agreements are violated or otherwise breached by any party, the breaching party hereby affirmatively, voluntarily and knowingly waives any issues or claims regarding notice, service of process, or issues of jurisdiction, and shall not contest entry of judgment of the permitted amount of liquidated damages of Ten Thousand Dollars ($10,000.00) per incident, which may be enforced within any court of law of general jurisdiction within the State of Tennessee.

Respectfully submitted,

ROBERT A. COX (#14279)
RONNA D. KINSELLA (#24549)
Glassman, Wyatt, Tuttle & Cox P.C.
26 North Second Street
Memphis, TN  38103
P: (901) 527-4673
F: (901) 521-0940
rcox@gwtclaw.com
rkinsella@gwtclaw.com
Counsel for Plaintiffs
GWTC File No. 24-053

CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of March, 2026, a copy of the foregoing has been filed via the Court's ECF system, which provided notice to the following counsel of record in this cause:

Darrell J. O'Neal (TN # 02097)
2129 Winchester Rd
Memphis, TN 38116
T: (901) 345-8009
domemphislaw@darrelloneal.com
Attorney for S-Line Defendant

Charles M. Weirich, Jr. (TN # 014522)
2670 Union Ave. Extd., Ste. 503
Memphis, TN 38112
T: (901) 410-4494
cweirich@ortalekelley.com
Attorney for CAC & Cathey Defendants

Addie M. Burks (TN # 11805)
PO Box 3675
Memphis, TN 38173
T: (901) 292-8197
addieburks@aol.com
Attorney for A-Ticket, LLC

/s/ Robert A. Cox
ROBERT A. COX