**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

**WESTERN EXPRESS, INC.,
MHT GROUP, INC., and
CHURCH TRANSPORTATION &
LOGISTICS, INC.,**

      **Plaintiffs,**

**v.**

**COLTON AHMAD CATHEY,
Individually and d/b/a CAC
OPERATIONS, LLC; CAC
OPERATIONS, LLC, d/b/a A-1's
XCLUSIVE AUTO AXA, LLC, A-1's
TOWING & HAULING, LLC, A1's
XCLUSIVE AUTO, A1's CAR
HAULING, LLC, A-1's HOUSE, A-1's
APLEX MEMPHIS, and ACORD
SECURITY; S-LINE, LLC d/b/a
S-LINE TRUCK PARKING, and
JOHN DOES 1-10**

      **Defendants.**

**Case No. 2:24-cv-2139
JURY DEMANDED**

---

**STIPULATION OF DISMISSAL**

---

Pursuant Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby STIPULATED and AGREED by, and between the parties, and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice as to all Defendants.

Approved for Entry By:


/s/ Charles M. Weirich, Jr.
Charles M. Weirich, Jr. (14522)
2670 Union Avenue Extd., Suite 503
Memphis, Tennessee  38112
cweirich@ortalekelley.com
*Counsel for Defendants CAC Operations, LLC*
*and Colton Cathey*


/s/ Robert A. Cox (*w/ permission*)
Robert A. Cox (14279)
Ronna D. Kinsella (24549)
26 North Second Street
Memphis, Tennessee 38103
rcox@gwtclaw.com
rkinsella@gwtclaw.com
*Counsel for Plaintiffs*


/s/ Darrell J. O'Neal (*w/ permission*)
Darrell J. O'Neal (02097)
2129 Winchester Rd
Memphis, Tennessee 38116
domemphislaw@darrelloneal.com
*Counsel for Defendant S-Line*

## **CERTIFICATE OF SERVICE**

I, Charles M. Weirich, Jr., hereby certify that a copy of the foregoing document has been served via ECF on the following counsel of record:

Robert A. Cox, Esq.                    rcox@gwtclaw.com
Ronna D. Kinsella, Esq.            rkinsella@gwtclaw.com
26 North Second Street
Memphis, Tennessee 38103
*Counsel for Plaintiffs*

Darrell J. O'Neal, Esq.              domemphislaw@darrelloneal.com
2129 Winchester Rd
Memphis, Tennessee 38116
*Counsel for Defendant S-Line*

Addie M. Burks, Esq.                addieburks@aol.com
P.O. Box 3675
Memphis, Tennessee 38173
*Counsel for Defendant A-Ticket*

/s/ Charles M. Weirich, Jr.