### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| WESTERN EXPRESS, INC., et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 2:24-cv-02139-SHL-atc |
| COLTON AHMAD CATHEY, et al., | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiffs' Amended Complaint, (ECF No. 101), filed on May 2, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiffs against Defendants are hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

April 16, 2026
Date